UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIWANDA COATES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>GC SERVICES LIMITED PARTNERSHIP,)<br>GC SERVICES FINANCIAL CORP, )<br>DLS ENTERPRISES, INC. )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION<br>FILE NO. 2:11-cv-3565<br><br>NOTICE OF DISMISSAL |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of New Jersey, Plaintiff's Notice of Voluntary Dismissal of Case Without Prejudice.

Respectfully submitted this 9th day of September, 2011.

ATTORNEYS FOR PLAINTIFF
*Kiwanda Coates*

/s/ Dennis R. Kurz
Dennis R. Kurz
NJ Bar No. 4570453
***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
5025 N. Central Ave., #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Notice Filed electronically on this 9th day of September, 2011, with:

United States District Court CM/ECF system

s/Jessica. DeCandia
Jessica DeCandia

So Ordered
this 12th day of September, 2011

Susan D. Wigenton, U.S.D.J.